DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
THOMAS E. MARRS (Bar No. 252485)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
kseibert@downeybrand.com
tmarrs@downeybrand.com

Attorneys for Plaintiff
TRI-DAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TRI-DAM,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT MARSHALL CASE, individually; and ROBERT MARSHALL CASE, as trustee of the Robert Marshall Case Separate Property Trust Agreement dated September 17, 2010,<br><br>          Defendants. | Case No.  1:12-cv-00946-AWI-SMS<br><br>**STIPULATION AND ORDER OF DISMISSAL PURSUANT TO SETTLEMENT AGREEMENT** |

Plaintiff Tri-Dam ("Plaintiff") and defendants Robert Marshall Case, individually; and as trustee of the Robert Marshall Case Separate Property Trust Agreement dated September 17, 2010, ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit the following Stipulation of Dismissal Pursuant to Settlement Agreement.

**RECITALS**

1.   This action commenced on June 11, 2012, with the filing of Plaintiff's complaint.

2.   The Parties subsequently entered into the settlement agreement has been filed and pursuant to the parties' stipulation is referred to as "Settlement Agreement".

1304522.1                                                1

STIPULATION AND ORDER OF DISMISSAL PURSUANT TO SETTLEMENT AGREEMENT

3. Pursuant to paragraph 16 of the Settlement Agreement, the Parties agree that the Court shall retain jurisdiction to enforce the Settlement Agreement.

**STIPULATION**

Based on the foregoing recitals, the Parties, by and through their counsel, hereby STIPULATE that:

1. This action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, subject to the terms and conditions of the Settlement Agreement.

2. The Court shall retain jurisdiction to enforce the Settlement Agreement.

IT IS SO STIPULATED

DATED: March 5, 2013            DOWNEY BRAND LLP

                                By:    */s/ Thomas E. Marrs*
                                       THOMAS E. MARRS
                                       Attorney for Plaintiff

DATED: March 5, 2013            PARR LAW GROUP

                                By:    */s/ Kathy Card (as authorized on 3/5/13)*
                                       KATHY CARD
                                       Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

Dated: March 8, 2013            _____
                                SENIOR DISTRICT JUDGE

1304522.1                       2

1304522.1

3

STIPULATION AND ORDER OF DISMISSAL PURSUANT TO SETTLEMENT AGREEMENT